**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MONTEGO MCCLURE, ADC #145695                                                   PLAINTIFF

v.                                         NO. 4:12CV00590 JLH

ANDREA L. DAVIS, Attorney,
Hot Springs, Arkansas; and
ROBERT MCCALLUM, Judge,
Ninth Judicial District                                                                      DEFENDANTS

**ORDER**

     This is a civil action brought by Montego McClure against Andrea L. Davis and Judge Robert McCallum. Venue in a civil action lies in the judicial district in which a defendant resides or in a judicial district where a substantial part of the events giving rise to the claim occurred. 28 U.S.C. § 1391. Here, the defendants reside in the Western District of Arkansas, not the Eastern District, and the events occurred in the Western District of Arkansas, not the Eastern District. Therefore, venue lies in the Western District of Arkansas. When an action is filed in the wrong venue, the district court may either dismiss the action or, if it is in the interest of justice, transfer the case to the district where it could have been brought. 28 U.S.C. § 1406(a). Therefore, in the interest of justice, the Court orders that this action be transferred to the Western District of Arkansas immediately.

     IT IS SO ORDERED this 21st day of September, 2012.

_J. Leon Holmes_
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE